United States District Court
Southern District of Texas
**ENTERED**
November 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PABLO FIGUEROA, *et al.*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> GHP ASSET COMPANY, LLC, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:18-CV-118 |

## **ORDER**

On November 4, 2019, the parties filed a joint stipulation of dismissal with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) (Doc. 10). The stipulated dismissal was with prejudice to refiling.

The Clerk's Office is ordered to terminate this case. Except as provided by any settlement agreement, each party shall bear its own fees and costs.

SIGNED this 7th day of November, 2019.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge